**CROSNER LEGAL, P.C.**
Lilach H. Klein (SBN 323202)
*lilach@crosnerlegal.com*
Michael T. Houchin (SBN 305541)
*mhouchin@crosnerlegal.com*
Zachary M. Crosner (SBN 272295)
*zach@crosnerlegal.com*
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIKA KODAIRA, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>  v.<br><br><br>WHOLESOME STORY, LLC,<br><br>        Defendant. | Case No. 2:25-cv-02456-JLS-PD<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(i)** |

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE 41(A)(1)(A)(i)

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Mika
2  Kodaira dismisses her individual claims in the above-captioned matter with
3  prejudice. The claims of the putative class, if any, are dismissed without prejudice.
4  Each party is to bear its own attorneys' fees, costs, and expenses.

5

6                                      Crosner Legal, P.C.

7                                      By:    /s/ Zachary M. Crosner
8                                             Zachary M. Crosner

9                                      9440 Santa Monica Blvd. Suite 301
10                                     Beverly Hills, CA 90210
11                                     Tel: (866) 276-7637
                                       Fax: (310) 510-6429
12                                     zach@crosnerlegal.com

13                                     Attorneys for Plaintiff
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE 41(A)(1)(A)(i)